IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| B.K.A.G.,  :<br>  :<br>    Petitioner,  :<br>  :<br>v.  :<br>  :<br>Warden, STEWART DETENTION  :<br>CENTER, *et al.*,  :<br>  :<br>    Respondents.  :  | Case No. 4:25-cv-428-CDL-AGH<br>28 U.S.C. § 2241 |

**ORDER TO SHOW CAUSE**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on December 2, 2025 (ECF No. 1). This case appears to involve the same issues raised in *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025), concerning whether the petitioner is properly detained under 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a). In light of those decisions, Respondents are directed to show cause within seven (7) days as to why Petitioner's application for habeas relief should not be granted.[1] Petitioner may file a reply within three (3) days of Respondents' response to this Order.

**SO ORDERED**, this 5th day of December, 2025.

  s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] If Respondents agree that habeas relief is appropriate in light of *J.A.M.* and *P.R.S.*, the parties may consent to the Magistrate Judge's exercise of jurisdiction pursuant to 28 U.S.C. § 636(c) to expedite disposition.